# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003<br>
212 228-9795  www.gottlieblaw.net

April 14, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The initial pretrial conference scheduled for April 24, 2025 is adjourned to May 27, 2025 at 12 PM.
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
>
> April 15, 2025

Re: *Herrera v. Create Good Inc.*
<u>Case No.: 1:25-cv-09465-LJL</u>

Dear Judge Liman,

    The undersigned represents Edery Herrera, ("Plaintiff") in the above referenced matter against Defendant Create Good Inc. ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to respectfully request that the Initial Conference scheduled for April 24, 2025 at 12:00PM (Dkt. 7) be postponed for thirty days or another date convenient to the Court. The parties are actively engaged in settlement discussions and believe they are close to reaching a resolution.

    We believe that adjourning the conference will allow the parties to focus their efforts on finalizing a settlement and potentially avoid the need for further litigation. This is the first request for an adjournment of the conference, and all parties consent to this request.

    We thank the Court for its time and attention in this matter.

Respectfully submitted,<br><br>
<i>/s/Dana L. Gottlieb, Esq.</i><br>
Dana L. Gottlieb, Esq.

cc: All counsel of record via email